# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1699 |
| | CASE NO. C06-5509 (CRB) |
| KRISSONE M.E. BATES and CALVIN D. BATES, | |
| Plaintiffs, | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |
| vs. | |
| G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation; PFIZER GLOBAL RESEARCH & DEVELOPMENT, | |
| Defendants. | |

Pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(i)(ii), the undersigned counsel hereby stipulate that all claims of plaintiffs, against defendants G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, and PFIZER, INC. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Dated: 4/10/05

LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

By: _____
Steven J. Skikos, Esq.
Attorneys for Plaintiff

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

1

1  DATED: ____Oct. 22__, 2009          DLA PIPER LLP (US)

2

3                                      By:_____/s/_____

4                                          Matt Holian
                                           Attorneys for Defendants

5

6

7  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
   **IT IS SO ORDERED.**

8

9

10 Dated:_OCT 2 8 2009_

11                                      Hon. Charles R. Breyer
                                        United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS